FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TRUMAN RABB,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPUTIES LAVAN, MARTINEZ, et al.,<br><br>　　　　　　Defendants. | Case No. CV 05-8078-GHK (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendant Rubio's motion for summary judgment is granted; and (2) defendant Rubio is dismissed from this action.

DATED: 10/3/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE