ENT JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TRUMAN RABB, | Case No. CV 05-8078-GHK (RNB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| DEPUTIES LAVAN, MARTINEZ, et al., | |
| Defendants. | |

In accordance with the Order Re Dismissal of Action for Failure to Prosecute,

IT HEREBY IS ADJUDGED that this action is dismissed with prejudice.

DATED: 12/22/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

